IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARSHALL CARTER, JR.,           )
                                )
                Plaintiffs,     )              8:04cv540
                                )
        vs.                     )          ORDER to SHOW CAUSE
                                )
DANIELLE POWELLS, et al.,       )
                                )
                Defendants.     )

        This matter is before the court sua sponte.  It appears to the court that this case may
have been abandoned.  The plaintiff filed this action while incarcerated in the Douglas
County Correctional Center ("DCCC").  After his release from custody, the plaintiff has not
communicated with the court.  The court obtained a forwarding address for the plaintiff from
DCCC and sent the plaintiff a new form to complete by May 27, 2005, to apply as a
nonprisoner to proceed in forma pauperis.  The plaintiff has not returned the form or
contacted the court.  Therefore, by **June 20, 2005**, the plaintiff shall show cause why this
case should not be dismissed, without prejudice, for lack of prosecution.[1]  In the absence
of a timely and sufficient response to this Order to Show Cause, this case may be subject,
without further notice, to dismissal, without prejudice, by Chief Judge Joseph F. Bataillon.

        SO ORDERED.

        DATED this 3rd day of June, 2005.

                                BY THE COURT:


                                s/ F. A. GOSSETT
                                United States Magistrate Judge

---

        [1]See NECivR 41.1, which states in pertinent part:  "At any time when it appears that
any action is not being prosecuted with reasonable diligence the court may dismiss it for
lack of prosecution."